No. 73–410.  Soo Line Railroad Co. *v.* Fulton, dba R. H. Fulton, Contractor; and

No. 73–577.  Fulton, dba R. H. Fulton, Contractor *v.* Soo Line Railroad Co. et al.  C. A. 8th Cir.  Certiorari denied.  Reported below: 481 F. 2d 326.

No. 73–412.  Iannelli et ux. *v.* Long, District Director of Internal Revenue, et al.  C. A. 3d Cir.  Certiorari denied.

No. 73–417.  Hakim *v.* Superior Court of California, County of Los Angeles (Twentieth Century Fox Film Corp., real party in interest).  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 73–418.  Hutul *v.* Chicago Bar Assn.  Sup. Ct. Ill.  Certiorari denied.

No. 73–419.  Brigandi et al. *v.* New York.  Ct. App. N. Y.  Certiorari denied.

No. 73–423.  Penn Central Transportation Co. *v.* Edsall.  C. A. 6th Cir.  Certiorari denied.

No. 73–424.  Russell *v.* Continental Illinois National Bank & Trust Company of Chicago.  C. A. 7th Cir.  Certiorari denied.

No. 73–429.  White *v.* Harrington Manufacturing Co., Inc.  C. A. 5th Cir.  Certiorari denied.

No. 73–5114.  Trusdell *v.* Aluli et al.  Sup. Ct. Hawaii.  Certiorari denied.

No. 73–5152.  Scandrett *v.* Turner, Warden.  C. A. 10th Cir.  Certiorari denied.